B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tanquary, Lisa L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Lisa L Serritella** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9535** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**762 Biloxie Court**<br>**Carol Stream, IL**<br>ZIP Code **60188** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tanquary, Lisa L** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ David Madden**     **September 3, 2010** <br> Signature of Attorney for Debtor(s)    (Date) <br> **David Madden** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tanquary, Lisa L**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lisa L Tanquary**
Signature of Debtor **Lisa L Tanquary**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 3, 2010**
Date

### Signature of Attorney*

X **/s/ David Madden**
Signature of Attorney for Debtor(s)
**David Madden**
Printed Name of Attorney for Debtor(s)
**David M Madden Law Offices PC**
Firm Name
**PO Box 5658**
**Woodridge, IL 60517**
_____
Address

**Email: dmadden@dmaddenlaw.com**
**(773) 454-9866  Fax: (773) 359-1548**
Telephone Number

**September 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lisa L Tanquary**    Case No. _____

Debtor(s)    Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Lisa L Tanquary**
**Lisa L Tanquary**

Date: **September 3, 2010**

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lisa L Tanquary**     Case No.

Debtor(s)     Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **123**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 3, 2010**      **/s/ Lisa L Tanquary**
**Lisa L Tanquary**
Signature of Debtor

David Madden
David M Madden Law Offices PC
PO Box 5658
Woodridge, IL 60517

Lisa L Tanquary
762 Biloxie Court
Carol Stream, IL 60188

A&S Collection Associates Inc
Acct No xxxx-xxxxxxxxx/xxxxx0066
2847 VT RT 14
Williamstown, VT 05679

ACC International
Acct No xxxxxx7529
919 Estes Court
Schaumburg, IL 60193-4436

ACC International
Acct No xxxxxx9073
919 Estes Court
Schaumburg, IL 60193-4436

Adventist Glenoaks Hosptial
701 Winthrop Avenue
Glendale Heights, IL 60139

Alexian Brothers Hospital Network
Acct No xxxxxxxx1209
3040 Salt Creek Lane
Arlington Heights, IL 60005

Alexian Brothers Medical Center
Acct No xxxxxxx0213
800 Blesterfield Road
Elk Grove Village, IL 60007

Allied Interstate
Acct No xxxxx x0066
3000 Corporate Exchange Drive
Columbus, OH 43231

American Collections
Acct No xxxxxx9073
919 Estes Ct
Schaumburg, IL 60193

American Medical Collection Agency
2269 South Saw Mill River Road
Elmsford, NY 10523

American Medical Collection Agency
2269 South Saw Mill River Road
Elmsford, NY 10523

```
Armor Systems Co
Acct No xxxxxx8645
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Armor Systems Co
Acct No xxxxxx7727
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Armor Systems Corporation
Acct No xxxxxx9963
1700 Kiefer Drive Suite 1
Zion, IL 60099

Army Trail CX
724 W Army Trail Road
Carol Stream, IL 60188

AT&T Mobility
Acct No xxxxxx3044
5020 Ash Grove Road
Springfield, IL 62711

AT&T Wireless Services Inc
Acct No xxxxxx7201
Bankruptcy Department
PO Box 309
Portland, OR 97207-0309

Bank of America
Acct No xxxx-xxxx-xxxx-9788
PO Box 15026
Wilmington, DE 19850-5026

Barons Creditors Services Corp
Acct No xxxxxx5365
155 Revere Dr
Suite 9
Northbrook, IL 60062

Biehl & Biehl
Acct No xxxxxx1982
325 E Fullerton Avenue
Carol Stream, IL 60188

Blitt and Gaines PC
Acct No xx-xx972-0
661 W. Glenn Avenue
Wheeling, IL 60090
```

```
Bloomingdale Family Dental
Acct No xxxxxx9073
135 1st Street
Bloomingdale, IL 60108

Blue Cross Blue Shield of Illinois
Acct No xxxxxx9998
Healthcare Recoveries
PO Box 37364 Dept 22383762
Louisville, KY 40233-7364

Bureau of Collection
Acct No xxxxxx2832
7575 Corporate Way
Eden Prairie, MN 55344

Capital One
Acct No xxxx-xxxx-xxxx-8751
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
Acct No xxxx-xxxx-xxxx-7441
PO Box 30285
Salt Lake City, UT 84130-0285

Center for Dermatology and Skin Cancer
Acct No xxxxxxx1294
3825 Highland Avenue
Tower One Suite 5C
Downers Grove, IL 60515

Central DuPage Hospital
25 North Winfield Road
Winfield, IL 60190

Certegy Payment Recovery Services
Acct No xxxxxxx9936
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

Chase
Acct No xxxx-xxxx-xxxx-3972
PO Box 15298
Wilmington, DE 19886-5548

Chase
Acct No xxxx-xxxx-xxxx-4857
PO Box 15298
Wilmington, DE 19850

Chase Bank
Acct No xxxxxxxxxx5570
131 S Dearborn Street Floor 5
Chicago, IL 60603
```

```
Client Services Inc
Acct No xxxxxx8988
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047

Coach Inc
One Coach Way
Jacksonville, FL 32218

Collection Bureau of Kansas Inc
Acct No xxxxxx303-1
3615 SW 29th Street
Topeka, KS 66614

Credit Management Control
Acct No xxxxxx2913
2707 Rapids Dr
Racine, WI 53404

Creditors Interchange
Acct No xxxxxxx5 HSE
80 Holtz Drive
Buffalo, NY 14225

Dachman Center for Pain Therapy
Acct No xxxxxx9998
455 South Roselle Road
Schaumburg, IL 60193

David Jaskey
303 E Army Trail Road
Bloomingdale, IL 60108

Dennis A Brebner & Associates
Acct No xxxxxx3507
860 Northpoint Blvd
Waukegan, IL 60085-8211

Dr Hepsi Kalapala MD
Acct No xxxxxxxxxxxxx4206
15 Salt Creek Ln
Suite 111
Hinsdale, IL 60521

Dr Robert Kolbusz MD
Acct No x1294 x1889 x3507
3825 Highland Avenue
Tower One Suite 5C
Downers Grove, IL 60515

Dr Robert Kolbusz MD
Acct No xxxxxx3507
3825 Highland Avenue
Tower One Suite 5C
Downers Grove, IL 60515
```

```
DuPage Dental Care Inc
Acct No xxxxxx0118
206 North Gary Avenue
Carol Stream, IL 60188

Dupage Medical Group
Acct No xxxxxx0264
1100 West 31st Street
Suite 400
Downers Grove, IL 60515

EOS CCA
Acct No xxxxxx1075
700 Longwater Dr
Norwell, MA 02061

Erickson Oral and Maxillofacial Surgery
Acct No xxxxxx2871
383 Schmale Road
Bloomingdale, IL 60108

FedEx Corporation
Acct No xxxx-x928-1
US Collection Department
PO Box 94515
Palatine, IL 60094-4515

Francis S Lichon MD
511 Thornhill Drive
Carol Stream, IL 60188

Gibson & Sharps PSC
Acct No xxxxxx7334
9390 Bunsen Parkway
Louisville, KY 40220

Glen Oaks Anesthesiology
Acct No xxxxxx3538
701 Winthrop Avenue
Glendale Heights, IL 60139

Glen Oaks Anesthesiology
Acct No xxxxxxx3538
701 Winthrop Avenue
Glendale Heights, IL 60139

Glorie Caruso MD
Acct No xxxxxx9377
471 W Army Trail Road
Suite 106
Bloomingdale, IL 60108
```

```
H&R Accounts Inc
Acct No xxxxx xxx x3152
7017 John Deere Parkway
PO Box 672
Moline, IL 61266

Harris and Harris
Acct No xxxxx x0355
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Harris and Harris
Acct No xxxxxx3538
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Harris NA
Acct No xxxxxx1574
3800 West Golf Road
Suite 300
Rolling Meadows, IL 60008

Healthcare Recovery Solutions
Acct No xxx3262
1515 190th Street
Suite 350
Gardena, CA 90248

HealthPort
Acct No xxxxx xxx x4703
120 Bluegrass Valley Pkwy
Alpharetta, GA 30005

Home Depot Credit Services
Acct No xxxxxxxxxxxx9311
PO Box 689100
Des Moines, IA 50368

ICS Collection Service
Acct No xxxxxx7532
PO Box 1010
Tinley Park, IL 60477-9110

IPC The Hospitalist Company Inc
4605 Lankershim Blvd
Suite 617
North Hollywood, CA 91602

Jay K Levy & Associates
Acct No xxxxxx5365
155 Revere Drive
Suite 2
Northbrook, IL 60062
```

```
Kenosha County District Attorney
Acct No xxxxxx2692
Check Diversion Program
PO Box 190
Hager City, WI 54014

Kim Battisto DDS
141 Hiawatha Drive
Carol Stream, IL 60188

Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216

LCA Collections
Acct No xxxxxx8591
PO Box 2240
Burlington, NC 27216

LVNV Funding LLC
Acct No xxxxxx7441
c/o The Corporation Trust Co (agent)
1209 Orange St
Wilmington, DE 19801

Malcolm S Gerald and Associates Inc
Acct No x5582 x3573
332 South Michigan Avenue
Suite 600
Chicago, IL 60604

MEA-AEC LLC
Acct No xxxxxx6317
PO Box 366
Hinsdale, IL 60522

MEA-AEC LLC
Acct No xxxxxx6317
PO Box 366
Hinsdale, IL 60522

Medical Business Bureau Inc
Acct No xxxxxx3538
1460 Renaissance Drive
Park Ridge, IL 60068

Medical Business Bureau Inc
Acct No xxxxxx3538
1460 Renaissance Drive
Park Ridge, IL 60068

Merchants Credit Guide Co
223 W Jackson Blvd
Suite 400
Chicago, IL 60606
```

```
Merchants Credit Guide Co
Acct No xxxxxxxx1209
223 W Jackson Blvd
Suite 900
Chicago, IL 60606

Merchants Credit Guide Co
Acct No xxxxx x5491
223 W Jackson Blvd
Chicago, IL 60606

Merchants Credit Guide Co
Acct No xxxxxxxx1209
223 W Jackson Blvd
Suite 400
Chicago, IL 60606

Merchants Credit Guide Co
Acct No xxxxxxx1294
223 W Jackson Blvd
Suite 900
Chicago, IL 60606

Merchants Credit Guide Co
Acct No Multiple Accounts
223 W Jackson Blvd
Suite 400
Chicago, IL 60606

Midwest Family Medicine
Acct No xxxxxx2838
303 E Army Trail Road
Bloomingdale, IL 60108

National Enterprise Systems
Acct No xxxxxxxxxxxx6775
29125 Solon Road
Solon, OH 44139-3442

Nationwide Credit and Collection Inc
Acct No x0182 x9909 x0154 x0384
815 Commerce
Suite 100
Oak Brook, IL 60523

NCO Financial Systems Inc
PO Box 15630
Wilmington, DE 19850

NCO Financial Systems Inc
Acct No 8K3GY8
PO Box 15630
Wilmington, DE 19850
```

New Spirit Credit Union
Acct No xxxxx0L-09
1931 N Meacham Road
Suite 108
Schaumburg, IL 60173

Nicor Gas
Acct No xxxxxx6069
PO Box 190
Aurora, IL 60507

North American Credit Services
Acct No x6826 x0177
PO Box 152221
Chattanooga, TN 37422

Northstar Location Services LLC
Acct No xxxxxxxxxxx3933
4285 Genesee St
Cheektowaga, NY 14225

Northwest Healthcare
Acct No xxxxxx8002
2360 Hassell Road
Hoffman Estates, IL 60169

Northwest Oncology and Hematology SC
Acct No xxxxxx8432
800 Biesterfield Road
Suite 210
Elk Grove Village, IL 60007

OAD Orthopaedics Ltd
Acct No xxxxxx5655
27650 Ferry Road
Suite 100
Warrenville, IL 60555

Paddock Publications Inc
Acct No xxxxxx4817
PO Box 1420
Arlington Heights, IL 60006

Pain Specialists of Greater Chicago
Acct No xxxxxx1051
7055 High Grove Blvd
Suite 100
Burr Ridge, IL 60527

Pain Specialists of Greater Chicago
Acct No xxxxxx2199
39587 Treasury Center
Chicago, IL 60694

```
Palisades Collection LLC
Acct No xxxx-xxxxxxxxx/xxxxx0066
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

Pellettieri and Associates
991 Oak Creek Drive
Lombard, IL 60148

Penn Credit Corporation
Acct No xxxxxx0145
PO Box 988
Harrisburg, PA 17108

Physician Anesthesia Associates SC
3601 Algonquin Road
Suite 232
Rolling Meadows, IL 60008

PNC Bank
Acct No x3383 x4468
2730 Liberty Avenue
Pittsburgh, PA 15222

Quest Diagnostics
Acct No xxxxxx2756
PO Box 809403
Chicago, IL 60680

R & B Receivables
Acct No xxxxxx0036
860 S Northpoint Blvd
Waukegan, IL 60085

Redline Recovery
Acct No xxxxC57981
11675 Rainwater Drive
Suite 350
Alpharetta, GA 30009

Redline Recovery
Acct No xxxx3693
11675 Rainwater Drive
Suite 350
Alpharetta, GA 30009

Resurgent Capital Services LP
Acct No xxxx-xxxx-xxxx-8751
15 S Main St
Suite 500
Greenville, SC 29601

Richard E Tanquary
172 Arapahoe Trail
Carol Stream, IL 60188
```

```
Santander Consumer USA Inc
Acct No xxxxxxxxxxxx1000
PO Box 652088
Suite 900
Dallas, TX 75247

Seventeen
PO Box 8464
Red Oak, IA 51591

Short Term Loans LLC
Acct No xxxxxx42-00
1227 Glen Ellyn Road
Glendale Heights, IL 60139

SKO Brenner American
Acct No xxxxxxx2653
PO Box 230
Farmingdale, NY 11735-0230

SKO Brenner American Inc
Acct No xxxxxxx2653
PO Box 230
Farmingdale, NY 11735

Southwest Credit Systems LP
Acct No xxxxxx2809
5910 W Plano Parkway
Suite 100
Plano, TX 75093-4638

Suburban Lung Association SC
Acct No xxxxxx5407
PO Box 2776
Carol Stream, IL 60132

Toyota Financial Services
Acct No xxxxxx1841
PO Box 5855
Carol Stream, IL 60197

UIC Pathology
Acct No Multiple accounts
4810 Paysphere Circle
Chicago, IL 60674

UIC Physician Group
Acct No xxxxxx7996
135 South LaSalle Street
PO Box 3293
Chicago, IL 60674
```

```
United Recovery Systems
Acct No xxxxxx2071
5800 North Course Drive
Houston, TX 77072

University Of Illinois Medical Center
Acct No Multiple accounts
8332 Innovation Way
Chicago, IL 60682-0083

Wells Fargo Home Mortgage
Acct No xxxxxx8237
PO Box 5296
Carol Stream, IL 60197

West Suburban Currency Exchanges Inc
1400 E Touhy Ave
Suite 108
Des Plaines, IL 60018

Winfield Laboratory Consultants SC
Acct No xxxxxx0795
Dept 4408
Carol Stream, IL 60122

Winfield Radiology Consultants SC
Acct No xxxxxx5020
6910 S Madison Street
Willowbrook, IL 60527

Your Dog
Acct No xxxxxxxxx2104
PO Box 420234
Palm Coast, FL 32142
```